437 A.2d 385

**COMMONWEALTH of Pennsylvania,**

v.

**Joseph RUCKER, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 9, 1981.

ORDER

PER CURIAM.

And now, September 9, 1981, the petition for allowance of appeal is granted with respect to the issue of PCHA counsel's ineffectiveness, the order of the Superior Court, 435 A.2d 271, is vacated and the case is remanded to the Court of Common Pleas of Philadelphia for an evidentiary hearing to determine whether or not PCHA counsel was ineffective for failing to raise the adequacy of the guilty plea colloquy at the PCHA proceeding.